UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| TERESA CREASMAN, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, Acting )<br>Commissioner of Social Security, )<br>)<br>   Defendant. ) | Case No. 3:21-CV-00024-CAR-MSH |

**ORDER**

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the government's request to remand this action for further development of the record by an administrative law judge (ALJ), this case is hereby remanded.

Upon remand, the ALJ should: (1) further evaluate Plaintiff's subjective complaints; (2) reevaluate the nature and severity of Plaintiff's mental impairments; (3) reevaluate Plaintiff's maximum residual functional capacity; (4) offer Plaintiff the opportunity for a new hearing; (5) obtain supplemental evidence from a vocational expert to clarify the effects of the assessed limitations on the occupational base; (6) take any further action needed to complete the administrative record; and (7) issue a new decision.

Accordingly, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the case to the Commissioner for further proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991). The clerk of the court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED** this 25th day of January, 2022.

        s/ C. Ashley Royal
        C. ASHLEY ROYAL, SENIOR JUDGE
        UNITED STATES DISTRICT COURT