IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| **TERESA CREASMAN,** | : | |
| **Plaintiff,** | : | |
| v. | : | No. 3:21-CV-24-CAR-MSH |
| **KILOLO KIJAKAZI,** Acting Commissioner of Social Security Administration, | : | |
| **Defendant.** | : | |
| _____ | : | |

## ORDER ON PLAINTIFF'S MOTION FOR ATTORNEY'S FEES

Before the Court is Plaintiff's Unopposed Motion for Attorney's Fees [Doc. 27] pursuant to the Equal Access to Justice Act ("EAJA"). Plaintiff's Unopposed Motion is **GRANTED**.

Plaintiff is hereby awarded attorney's fees under the EAJA, 28 U.S.C. § 2412(d), in the amount of $3,712.51.  No further requests for fees or costs under the EAJA shall be filed in this case.  Defendant is ordered to pay this amount to Plaintiff directly, subject to any offset imposed by the Treasury Department's Offset Program.

The Commissioner shall determine after entry of this Order whether Plaintiff owes a debt to the government that is subject to 31 U.S.C. §§ 3711 and 3716, which allow for the collection of a federal debt from the amount awarded to Plaintiff.  If Plaintiff does owe a

debt to the government, her EAJA fee award will be applied toward such debt by the Treasury Department's Offset Program, *see Astrue v. Ratliff*, 560 U.S. 586, 596-97 (2010), and the Commissioner shall notify the Treasury Department that if any funds remain after the EAJA fee award is applied to her debt, the Treasury Department should issue a check for the remaining funds made payable to Plaintiff.

If the Treasury Department determines that Plaintiff does not owe a federal debt subject to setoff, the government will issue a check for such fees made payable to Plaintiff.

The Clerk shall enter a judgment consistent with this Order.

**SO ORDERED** this 30th day of March, 2022.

s/ C. Ashley Royal  
C. ASHLEY ROYAL, SENIOR JUDGE  
UNITED STATES DISTRICT COURT